UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LEE COLLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIAS DISEASE DEPARTMENT CENTER OF CONTROL CDC,<br><br>    Defendant. | Case No. 24-cv-03046-JSC<br><br>**ORDER OF DISMISSAL** |

On May 22, 2024, Plaintiff, a California prisoner proceeding without an attorney, filed this civil rights case under 42 U.S.C. § 1983. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"). The Clerk mailed Plaintiff the Court's IFP application with the deficiency notice, as well as a stamped return envelope and instructions for completing the application. The notice informed him that the case would be dismissed if he did not file a completed IFP application or pay the filing fee within 28 days. No response has been received. As Plaintiff has not completed an IFP application or paid the filing fee, nor has he shown cause why not or requested an extension of the deadline, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 16, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge